IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FREEMAN NEELY III,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 14-1403 |
| v. | : | |
| | : | |
| **DEPT. OF HUMAN SERVS. et al.** | : | |
| Defendants. | : | |

# ORDER

This 23rd day of March, 2015, upon consideration of Defendants' Motion for Summary Judgment, Defendants' Motion is **GRANTED in part.** Summary judgment is granted against Plaintiff as to Plaintiff's claims based on questions of federal law. As to Plaintiff's remaining state law claims, I decline to exercise supplemental jurisdiction over these claims, and they are **DISMISSED** without prejudice to Plaintiff's right to refile these claims in state court as permitted under applicable statutes of limitations or within 30 days of dismissal of the claims if the statute of limitations shall have elapsed as provided under 28 U.S.C. § 1367(d)**.** The clerk of court shall close this case for statistical purposes.

/s/ Gerald Austin McHugh
United States District Court Judge